UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

FEDERATION EMPLOYMENT AND
GUIDANCE SERVICE, INC. d/b/a FEGS,

Debtor.

ROBERT N. MICHAELSON, solely in his
capacity as TRUSTEE OF THE FEGS
CREDITOR TRUST,

Plaintiff,

vs.

OXFORD HEALTH PLANS,

Defendant.

Chapter 11

Case No. 15-71074(REG)

Adv. Proc. No. 17- 08081 (REG)

## CERTIFICATE OF SERVICE

STATE OF NEW YORK        )
                         )
COUNTY OF NEW YORK       )

I, La Asia S. Canty, am over the age of eighteen years, am employed by Pachulski Stang

Ziehl & Jones LLP.  I am not a party to the within action; my business address is 780 Third

Avenue, 34th Floor, New York, New York 10017-2024.

On December 28, 2018, I caused the *Notice and Motion of the Trustee of the FEGS*

*Creditor Trust, Pursuant To Fed. R. Bankr. P. 9019, For Entry of an Order Approving*

*Settlement* [Docket No. 37] to be served on the attached service list.

Please note that the *Notice of Hearing on the Motion of the Trustee of the FEGS Creditor*

*Trust, Pursuant To Fed. R. Bankr. P. 9019, For Entry of an Order Approving Settlement* [Docket

No. 1134 in Bankruptcy Case No. 15-71074] and the related certificate of service [Docket No.

39] evidencing that notice of hearing and the opportunity to object was given to all creditors in

Bankruptcy Case No. 15-71074, were also filed.

 */s/ La Asia S. Canty*
La Asia S. Canty

**SERVED BY UNITED STATES MAIL**:

OFFICE OF THE UNITED STATES TRUSTEE
ATTN:  STAN Y. YANG, ESQ.
ALFONSE M. D'AMATO U.S. COURTHOUSE
560 FEDERAL PLAZA
CENTRAL ISLIP, NY 11722

**SERVED BY EMAIL**

ERIC S. GOLDSTEIN
EGOLDSTEIN@GOODWIN.COM

STEPHEN M. FORTE
SFORTE@GOODWIN.COM

LATONIA C. WILLIAMS
LWILLIAMS@GOODWIN.COM